1  Richard Williams (CA State Bar No.52896)
2  **HOLLAND & KNIGHT LLP**
   633 West Fifth Street, 21st Floor
3  Los Angeles, California 90071-2040
4  Telephone (213) 896-2400
   Facsimile (213) 896-2450
5  Email: richard.williams@hklaw.com

6
7  Attorneys for Plaintiff/Counterdefendant
   IneoQuest Technologies, Inc.
8

9  John W. Amberg (CA State Bar No. 108166)
10 **BRYAN CAVE LLP**
   120 Broadway, Suite 300
11 Santa Monica, California 90401
12 Telephone (310) 576-2100
   Facsimile (310) 576-2200
13 Email: jwamberg@bryancave.com

14

15 Attorneys for Defendant/Counterclaimant Ixia
16
17                UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
18                        WESTERN DIVISION

19  _____
20  INEOQUEST TECHNOLOGIES,         )
    INC.                            )
21                                  )   Case No.: <u>CV-08-7773 GHK (PLAx)</u>
22          Plaintiff               )
                                    )   STIPULATION OF DISMISSAL
23      v.                          )   WITH PREJUDICE
                                    )
24                                  )
25  IXIA                            )
            Defendant               )
26                                  )
27  _____)
28

STIPULATION OF DISMISSAL WITH PREJUDICE

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the parties dismiss this action,
2  including all claims and counterclaims, with prejudice, with each party to bear its
3  own costs.

5  HOLLAND & KNIGHT LLP                    BRYAN CAVE LLP

7  By: /s/ Ieuan G. Mahony                 By: /s/ J. Bennett Clark
   Ieuan G. Mahony (BBO #552349)           J. Bennett Clark (SBN 30907)
8  10 St. James Avenue                     (*pro hac vice*)
   Boston, MA 02116                        One Metropolitan Square
9  Telephone: (617) 523-2700               211 N. Broadway, Ste. 3600
                                           St. Louis, Missouri 63102
10
   Local Counsel                           Telephone: (314) 259-2000
11 Richard T. Williams (SBN 52896)
12 633 West Fifth Street, Suite 2100       Local Counsel
   Los Angeles, CA 90071-20400             John W. Amberg (SBN. 108166)
13 Telephone: (213) 896-2400               120 Broadway, Suite 300
                                           Santa Monica, California 90401
14
                                           Telephone (310) 576-2100
15 Of Counsel
   Benjamin Stern
16 10 St. James Avenue                     Of Counsel
17 Boston, MA 02116                        Daniel A. Crowe (*pro hac vice*)
   Telephone: (617) 523-2700               One Metropolitan Square
18                                         211 N. Broadway, Ste. 3600
                                           St. Louis, Missouri 63102
19
                                           Telephone: (314) 259-2000
20 Attorneys for Plaintiff IneoQuest
   Technologies, Inc.                      Attorneys for Defendant Ixia
21
22 Dated: February 22, 2012                Dated: February 22, 2012

*[Left margin: Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, California 90401]*

<u>Ineoquest Technologies, Inc. v Ixia</u> – USDC No. CV08-7773-GHK (PLAx)

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 400 South Hope Street, 8thFloor, Los Angeles, CA 90071.

On February 24, 2012, I served the following documents in this action:

**STIPULATION OF DISMISSAL WITH PREJUDICE**

on all parties of record to this action as follows:

| | |
|---|---|
| **Daniel A Crowe**<br>**J Bennett Clark**<br>**Emma C. Harty**<br>Bryan Cave<br>One Metropolitan Square<br>211 North Broadway Suite 3600<br>St Louis , MO 63102<br>314-259-2000<br>Fax: 314-259-2020<br>Email: dacrowe@bryancave.com<br>Email: ben.clark@bryancave.com<br>Email: <u>emma.harty@bryancave.com</u> | **Howard O Boltz , Jr**<br>Bryan Cave<br>120 Broadway, Suite 300<br>Santa Monica , CA 90401-2386<br>310-576-2100<br>Email: hoboltz@bryancave.com |

**By Electronic Transfer to the CM/ECF System**

In accordance with Federal Rules of Civil Procedure 5(d) (3), Local Rule 5-4, and General Order 07-08, I uploaded via electronic transfer a true and correct copy scanned into an electronic file in Adobe "pdf" format of the above-listed documents to the United States District Court Central District of California' Case Management and Electronic Case Filing (CM/ECF) system on this date. It is my understanding that by transmitting these documents to the CM/ECF system, they will be served on all parties of record according to the preferences chosen by those parties within the CM/ECF system. The transmission was reported as complete and without error.

I declare under penalty of perjury under the laws of the United States that the above is true and correct and that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

Dated: February 24, 2012

_____
Gloria Hoshiko

Ineoquest v Ixia
File No. 079487-3